Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-11871-A

Caption:
Def Trading, Llc v. Florida Bancshares, Inc., et al

District and Division: Middle District of Florida, Tampa Division
Name of Judge: Steven D. Merryday
Nature of Suit: Corporate action for breach of fiduciary duty, equitable relief

Date Complaint Filed: October 31, 2025
District Court Docket Number: 8:25-cv-02996-SDM-CPT

Date Notice of Appeal Filed: May 27, 2026
☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☐ Yes ☑ No
If Yes, provide
(a) Caption: ______
(b) Citation: ______
(c) Docket Number: ______

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Brandon J. Tyler | 500 N. Westshore Blvd, Ste. 700, Tampa, FL 33609 | Ph: 813-709-8520<br>F: 813-286-2900<br>brandon.tyler@csklegal.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | John L. Dicks II<br><br>Andrew P. Gold | 401 E. Jackson St., Ste. 1700, Tampa, FL 33602 | Ph: (813) 223-7333<br>F: (813) 223-2837<br>john.dicks@akerman.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☐ Other ______ | Amount Sought by Plaintiff: $ 3,000,000<br>Amount Sought by Defendant: $ N/A<br>Awarded: $______ to ______<br>Injunctions:<br>☐ TRO<br>☑ Preliminary ☑ Granted<br>☐ Permanent ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ______

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute Section 607.0704, Florida Statutes
(b) Citation ______
(c) Docket Number if unreported ______

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ______
(b) Citation ______
(c) Docket Number if unreported ______
(d) Court or Agency ______

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Appellants will challenge whether the district court violated their due-process rights by ruling on an expanded request for injunctive relief of which they lacked notice until the day of the hearing. They will also challenge the district court's decision to halt implementation of amendments to the corporate bylaws based on the alleged invalidity of only one of the amendments where there was a valid severability clause.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 9th DAY OF June, 2026.

Brandon J. Tyler
NAME OF COUNSEL (Print)

[signature]
SIGNATURE OF COUNSEL